In the Matter of YUJO VELASQUEZ, Appellant, v EDWARD DAVIDOWITZ, as Justice of the Supreme Court, Bronx County, et al., Respondents. (And Another Proceeding.)

Submitted June 30, 2008; decided September 4, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for a stay dismissed as academic. Motion for poor person relief dismissed as academic.